# EXHIBIT B

**Declaration of Santos Salvador Bolanos Hernandez**

I, Santos Salvador Bolanos Hernandez, declare as follows:

1. My name is Santos Salvador Bolanos Hernandez. I came to the United States from El Salvador in June 2015.

2. I have been here at the Farmville Detention Facility since October 2019.

3. I am in this facility now because even though the judge's ruling on my withholding of removal claim in April let me stay in the United States, the government appealed the case. My lawyers said that I have to stay here until the appeal is over and that could take months.

4. A lot of people detained here are scared, including me. If I give up on the appeal and go back to my country, my life will be in danger over there, but I do not think I can live in this dangerous situation for many months either.

5. We were all scared because almost everyone in my dorm was very sick and showing symptoms of COVID-19 for many days without getting proper medical attention. People who were showing serious symptoms weren't being taken out of our dorm. When the guards started to give us medicine, all they gave everyone was Tylenol.

6. Since about Saturday, the 20th of June, I started feeling unwell. Since that day I had a headache, aches and pains in my bones, and a cough. I also think I had a fever from Saturday until Monday. I put in a sick request the day that I started feeling sick to see the doctor and maybe get some medicine but no one came to see me or give me medicine until Monday, June 22. I am in Dorm 1 and like I said, other people were also feeling sick. Many people that live in this dorm with me had more serious symptoms. I have seen people in this dorm who have been vomiting and passing out, in addition to coughing, fevers, and complaining of being achy.

7. When the staff came on June 22 to check us, they only took everyone's temperature. The first time they took our temperature, they had us line up and press our forehead against a glass window to take our temperature. They didn't even clean the glass after each of us had our temperature read through the glass. After a couple of times doing it like that, they started coming into the dorm to check us with an apparatus that doesn't have to touch us and it has a little light. They checked a lot of people and we were all mostly sick, so the guards said they would come back later to give us medicine, but they never came back.

8. There are people in my dorm who were sick and worked in the kitchen. Those people showed symptoms of COVID-19 and told people that they were sick but they were still allowed to go to work and did not receive treatment.

9. People were really suffering, so when it was count time, they refused to stand up for the count. In response, the guards came into the dorm and set off some kind of a bomb at the entrance of the dorm to scare us. They carried guns that I think had rubber bullets to make us listen. Then they selected a group of people who were involved in the protest and took them out of the dorm. And anyone who wanted to go to the bathroom they gave a disciplinary complaint.

10. The protest was because no one at Farmville would talk to us about the COVID-19 situation and because all of the people who were sick just wanted and needed medicine.

11. The next morning after the protest, they took away the microwaves, they didn't let us watch TV, and they also told us we weren't allowed to use the phones. They didn't even allow us to call our attorneys for most of the day.

12. We were not tested until about three weeks ago. I got my test results on July 14. The notice they gave me said there was no positive or negative result, it just said that my tests were pending. I know others in my dorm got positive results. I was tested again on July 16. I do not know when I will get these results.

13. I started working in the kitchen a week ago even though I have not received my test results. I was not working in the kitchen for the month of June, but I used to work there before.

14. Even though I am feeling better now, I still have a headache and tooth pain on my left side. I did not have these problems before I started showing symptoms for COVID.

15. There are many problems going on right now. The guards tell us to keep our distance from other people, but it is not possible in the dorms. The way the dorm is set up, the best example I can give is a church. When you walk through the doors, there are two aisles. On both sides there are beds. And the beds are four columns of bunk beds that are connected to each other to make eight beds. There is only about four feet then there are eight more beds.

16. I received a mask last week. I wear it when I am working in the kitchen. Inside the dorm, no one uses the mask. Guards do not enforce wearing masks inside the dorm, but only if we go outside.

17. We are also served expired milk regularly. I have received expired milk about ten times.

18. Since April the staff here have been monitoring my blood pressure because they know that I suffer from high blood pressure. The guards didn't start giving me medicines and doing tests for my high blood pressure until the middle of June. They put up signs that say that people who suffer from certain illnesses could suffer from worse problems or die if they get COVID-19. My lawyer reminded them that I have high blood pressure, but they said they don't want to release me and still keep me in this dorm with people who were showing serious COVID-19 symptoms at the time.

19. Many people in my dorm are asking to just be deported, but they are so sick that some of the flights had to be cancelled. They even sent in an official to take names and A numbers of the people who wanted to be deported.

20. I am scared to be here right now because of COVID-19. I just want to be safe. There isn't enough information about any plans the officers have to keep us safe and I don't feel like the officials are taking us and this virus seriously.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Santos Salvador Bolanos Hernandez gave me authority to say this is true and correct and to sign on his behalf because he is currently detained and, due to the COVID-19 pandemic, I am not able to visit him in person to obtain his signature. I spoke to Mr. Bolanos Hernandez by phone on July 18, 2020 wrote down what he said and wrote the declaration based on what he said. I read the above Declaration back to Mr. Bolanos Hernandez word for word to confirm its accuracy and Mr. Bolanos Hernandez stated that it was accurate.

Dated: July 18, 2020

_____
Hilda Bonilla, signing on behalf of Mr. Santos Salvador Bolanos Hernandez