# EXHIBIT C

## Declaration of Gerson Amilcar Perez Garcia

I, Gerson Amilcar Perez Garcia, declare as follows:

1. My name is Gerson Amilcar Perez Garcia. I was born in San Pedro Sula in the Choloma Cortes department of Honduras, on March 24, 1993. I came to the United States in August 2018 and about a week later, my wife joined me here with our two young sons, ages two and five. We had to leave Honduras because our lives were in danger there.

2. I am now detained in Farmville Detention Facility. I lived in Dorm 5 until June 24, when the staff here at Farmville moved me into isolation. On July 9, I was released from isolation and placed in Dorm 5 again.

3. Around June 18th, I started to have a really bad headache and put in a sick request so I could get medical attention. By June 20, my headache got worse and I had a fever, a sore throat, I was coughing a lot, my whole entire body was very sore and achy, and I had the chills. I didn't get attention from the medical staff until the 22nd. I was feeling so weak that I requested to be moved from the top bunk to the bottom bunk. My request was denied. My body hurt so much that I tried to reduce the number of times I went up and down my bed.

4. When I was seen by the medical staff on the 22nd they only took my temperature and gave me Tylenol pills twice a day and a few pills for my cough. Generally, the Tylenol reduced my fever for a few hours but then it shot back up and all the pains came back again. I had diarrhea for about ten days starting on Thursday the 25th. I had pains all over my body and I couldn't even keep track of what hurt or why it might hurt. I couldn't smell or taste anything anymore either.

5. Since June 20th, the medical staff recorded at least two fevers over 100 degrees. I was usually in too much pain to remember my temperature when they took it. My lawyer used

to ask me every day about my temperature, so I tried to remember. On about June 26, I had a fever of about 105 degrees. The following Sunday or Monday I had a fever of about 102 degrees. Since then, I think my temperature was about 98 and 99 each time, but I still felt horrible. The medical staff always took my temperature an hour or so after they had given me Tylenol, and I knew the medicine brought my fever down. After my fevers stopped, I still had diarrhea every single day, I always felt like I would vomit, I had a constant cough, my back hurt where my lungs are, I had trouble breathing, and I continued to be so incredibly weak.

6. The officials here kept telling us for a while that they were going to give us a COVID test, but they didn't for a long time. When I started feeling poorly, I had been in the dorm with 40 or 50 other people, nearly all of whom were sick, for about six days.

7. When Farmville staff moved me into isolation, three guards had to carry me because I was so weak that I was unable to move and get off my bed which was at the top of the bunker. When I got to isolation, I realized I wasn't even truly isolated. They put me in a room with another man who was much sicker than I was. He coughed much more than I did and didn't cover his mouth. I felt so scared because I just kept telling myself I was not infected with the virus. I just hoped this was a really bad cold that would go away. The day I was moved into the isolation cell with my roommate, I still hadn't been tested. I asked the officer to move me back to the dorm. The guard said that the doctor wouldn't allow me to go back to my dorm until I got a COVID test result, but they didn't even give me the test for two more days. I finally got the COVID test on June 26th and was told I needed to wait for 3-5 days for the results.

8. While I was in my isolation cell, throughout the night my cellmate coughed so much that I thought his soul was going to leave him. He was also wheezing a lot. He was so sick and felt so horrible that he would sometimes cry throughout the night, because of this neither of us could sleep. Hearing him struggle to breathe, sometimes I thought he was about to die. This made me very nervous and made me want to go back to the dorm even more because I was scared.

9. I told my lawyer that I didn't feel comfortable being with my roommate because of how sick he was, but the guards would not let me go back to the dorm. For his symptoms, they only gave him the same things that they gave me, Tylenol and two blue pills for our cough. The pills didn't do anything for him. It seemed like he was getting worse.

10. There were a couple of times where I didn't feel like I was getting enough air in my lungs and that scared me. In those moments, I tried to breathe through my mouth too, but it still wasn't enough.

11. On June 30, my roommate was taken to the hospital in the middle of the night. That same day, I also got my COVID test result. It was positive. While I was in the isolation area, I was afraid to have my clothes washed despite the fact that I was around so many sick people. Even though I had symptoms of COVID, I still had hope that I didn't contract the virus. Now that I know I'm positive, I guess I can send my clothes to get washed.

12. I told the guards that I wanted to go to the hospital if my result was positive, but they said no. They said that they were monitoring me, and that I didn't need to go to the hospital.

13. The fact that they didn't want to take me to the hospital made me so scared. They took my pressure and my temperature, then if both were normal, they just dismissed me and said

that I am fine. I knew I wasn't okay. I was very sick. Starting June 29, they only gave me medicine and checked on me once a day. I had many severe symptoms for about two weeks including fever, diarrhea, back pain where my lungs are, stomach problems, a cough, and extreme weakness and pains all over my body. I do not have a fever, cough, or diarrhea anymore but I still have extreme weakness all over.

14. I was really miserable and desperate for medical attention. For maybe two days, they also gave me a brown colored pill, but I don't know what it was for and they stopped giving it to me and all my symptoms were still here. Even for my diarrhea, they only gave me Gatorade about twice because they thought I was dehydrated.

15. The isolation cell is far worse than the dorm. It feels like in these isolation cells, no one really cares about us. One night while I was in bed sleeping, I felt like I couldn't breathe for about an hour. I felt like I wasn't getting enough air in my lungs and I panicked. I got up and begged the guard to come to help me. I screamed for help and I banged on the window for help. I kept asking someone to help me for about ten minutes until I was physically exhausted, and I had to sit down. I couldn't breathe so screaming for help made it worse.

16. No one ever came to help me in the middle of the night. Aside from not caring to check on us, communication in general is almost impossible with the guards. I couldn't even tell the guard who brought me my medicine in the morning what happened the night before because he didn't speak Spanish and couldn't understand me. I've tried to ask them to tell me what medicine they have been giving me, or to tell my lawyer but they don't understand.

17. I didn't know how I was supposed to get better while being in that cell. I wasn't isolated, and I had been with other really sick people. The cell I was in was so small. There was nothing but a toilet, beds, and a sink in the cell. There was not even a clock so I never even knew what time it was. The toilet was next to where I was supposed to eat; there were waves of dust blown into my cell through the vents. No one gave me soap to even wash my hands; and I couldn't shower for four days. It felt like some kind of punishment, but the only reason I was there is because I was sick. It was hard trying to get better while I was there because I did not have access to the care I needed.

18. All of this has been hard on me physically and emotionally. I've put in sick requests so I can get more fruit because I can't keep down the food when I am being fed. I feel like I'm going to vomit whenever I eat. In response to my sick request, one guard brought me one extra apple the day I put in the request, that's it. Since that one time, they haven't made an effort to give me more fruit or other easily digestible foods. I've lost around forty pounds since I got sick. And that's one of the reasons I feel so weak aside from the other symptoms of COVID.

19. I know myself, I know my body, and I feel very unwell and I am scared. I put in a sick request to talk to a psychologist on the 29th but I still haven't talked to a psychologist yet. I honestly feel hopeless. I'm physically weak and I feel hopeless.

20. On top of all the things I'm physically going through and the fear I feel because of my health, I am so worried about my court case. While I was still in the dorm, I was supposed to have private calls with my attorney to prepare for my trial, but the guards never called me for my private calls during the week of the 22nd. My attorney told me that the calls

were all cancelled by the guards. I think my calls were cancelled because the guards knew how sick I was.

21. When I was in the isolation cell, it was even harder to talk to my lawyer. I asked the guards if I could call my attorney when they first moved me into the isolation cell. I had to argue with them to let me call her because they said they only had one phone in the area. In the dorm they have phones near the beds that everyone could use pretty freely. In that cell, with only one phone for this whole zone, it was difficult to get permission to make calls because the guards had to bring it to me.

22. I asked my attorney for the private calls because I don't feel safe talking about my asylum claim around the other people. In the isolation cell my roommate was right behind me in this very small space whenever I made a call. My first roommate was taken to the hospital, but they moved another sick person into my cell the next day. There was no way to make sure that no one could hear what I was saying.

23. When my attorney talked to me, I could barely talk to her because of how weak I felt and how much energy it takes. She would ask me to call her in the evenings to check on me and give me updates about what she is going in my case, but I couldn't usually call her because of the pain I felt in my back near my lungs when I moved and coughed. Everything took so much energy from me.

24. The food that we get here is a real concern of mine. About three or four days ago, during lunch time a man in my dorm noticed that the food had worms. After he told everyone, people got immediately concerned and started to check their food. I believe there were some people who ate the worms because they did not know about it until they looked at

their food closer. I saw worms in my own food, but I had already eaten almost half of my food. Everyone else who had not eaten the food threw it out.. There are about 80 people in the dorm and almost everyone found worms in the food. The food we were given were beans, pasta, and some meat. The worms were in the beans. Everyone in the dorm has tested positive to COVID-19, including me.

25. I know there are three people from my dorm who have tested positive to COVID-19 that are still working in the kitchen. I know this because the officers call them "kitchen workers" and they are provided with uniforms. I do not know if people in the other dorms were given the same food.

26. About a month ago, during breakfast we were given expired milk. When the milk was distributed a man noticed that the milk was bad and asked an officer to change the milk. The officer told him he was not going to change the milk and that he had to drink it. The man threw the food on the floor and said, "I am not an animal to eat expired food." The officer called the chief officer who arrived at the dorm with three other officers. All the officers had pepper sprays and looked like they were ready to use it. All the officers were threatening to send the man who had found out the milk was bad to isolation. The officers ended up bringing new milk. I don't think it's fair for us to have gone through all of that to get milk that hasn't expired.

27. Being here is not helping my health. I am so desperate to get help right now because of how I feel physically and emotionally. I feel hopeless about my situation and I am still physically weak. Honestly, I'm scared, and I don't know what's going to happen to me, but I don't want to die this way.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Gerson Amilcar Perez Garcia gave me authority to say this is true and correct and to sign on his behalf because he is currently detained and, due to the COVID-19 pandemic, I am not able to visit him in person to obtain his signature. I spoke to Mr. Perez Garcia by phone on July 15, 2020 wrote down what he said and wrote the declaration based on what he said. I read the above Declaration back to Mr. Perez Garcia word for word to confirm its accuracy and Mr. Perez Garcia stated that it was accurate.

Dated: July 15, 2020

_____
Hilda Bonilla, signing on behalf of Mr. Gerson Amilcar Perez Garcia