# EXHIBIT D

**Declaration of Ismael Castillo Gutierrez**

I, Ismael Castillo Gutierrez, declare as follows:

1. My name is Ismael Castillo Gutierrez. I am a 43-year-old man from Honduras currently detained at the Farmville Detention Center in Farmville, Virginia. I have been detained in ICE custody here since January 28, 2020.

2. I arrived in the United States around January 2019 with my partner and child. I have applied for fear-based relief in immigration court because I am afraid to go back to Honduras.

3. My partner and my four-year old child live in Richmond, VA. I have other family in the United States as well.

4. I am detained in Dorm 7 of Farmville Detention Center. I live with around 34 other people in that dorm.

5. I started feeling symptoms of COVID-19 on June 30. My entire dorm was tested on July 4 and we got our results on July 7. Everyone in my dorm tested positive for COVID-19.

6. A lot of people in my dorm are still sick and showing symptoms, like headaches and body aches. Some people are also coughing.

7. We don't know who still has COVID-19. I have not been tested since we received the first test result on July 7. I don't believe anyone in my dorm has been tested again.

8. From around June 28 to July 7, I had a fever, body aches, and I couldn't sleep because every position hurt. I still haven't recovered my sense of taste and smell.

9. In total, I have lost 28 pounds since being in detention. I lost 12 of those pounds since June 28. I was at around 191 lbs before I was detained and I am at around 165 lbs now.

10. I do not have a fever anymore, but I still have pain in my knees, I have headaches, I have trouble sleeping, and stomach aches. I did not have these issues before I contracted COVID-19. I don't know if I still have COVID-19. I don't know if I will get it again. All of these concerns keep me up at night.

11. I have received a mask, but people barely use the mask in here. Guards only make us wear it when we have to go to court.

12. We are all very close together. I sleep in bunk beds with 8 people, 4 on top and 4 on the bottom. We sleep shoulder-to-shoulder.

13. We are not being given proper medical care. For about 6 days, I received acetaminophen, which I think was Tylenol, two in morning and the two in the afternoon. Even though our entire dorm tested positive, not everyone in the dorm received the medication every day.

14. They stopped giving me the acetaminophen yesterday. The infirmary said my treatment had ended and that they did not need to give me medication anymore, so I am no longer being given any medication right now even though I am currently experiencing a lot of pain and have trouble sleeping because of the pain. The only thing they are doing is checking my blood pressure and temperature.

15. On July 1, during morning count around 10:45 am, there were about 50 people in my dorm who decided to talk to the chief commander to ask for better conditions, more medication, and explanation of what was happening inside the facility. We wanted this information because some people in the dorm, including me, were not feeling well, we hadn't been told about what was happening, and we hadn't been tested for COVID-19. I and a few others were not feeling well so we were in our beds, but I saw everything happen. The chief commander left and came back with more guards shortly afterwards. The guards aggressively started to tell people to go back to their beds. Someone in the dorm said "violence is not going to fix anything." We then heard that the guards got approval that they can pepper spray. And then the guards pepper sprayed us. I believe there was a camera that recorded everything that happened.

16. They used about four bottles of pepper spray. One person fainted. They had to take him to the clinic and brought him back two hours later.

17. Even though I was on my bed, I still felt the effects of the pepper spray because we were all in the dorm together. Because of the pepper spray, my chest was hurting. I put water on my face to relieve myself from the pepper spray.

18. About 14 people were taken to isolation because when guards were pepper spraying them, they held up chairs to protect themselves. They are still isolated, and the guards have said they will not bring them back.

19. What is affecting me the most is not knowing what will happen to me. I don't know if I still have COVID-19 and whether I will get it again. I am worried that I might die if I do not receive medical care.

20. We are also being intimidated and I want it to stop. I had a discussion once with a female guard and she told me I had no rights in detention. I want the intimidation to stop.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Ismael Castillo Gutierrez gave me authority to say this is true and correct and to sign on his behalf because he is currently detained and, due to the COVID-19 pandemic, I am not able to visit him in person to obtain his signature. I spoke to Mr. Castillo Gutierrez by phone on July 16, 2020 wrote down what he said and wrote the declaration based on what he said. I read the above Declaration back to Mr. Castillo Gutierrez word for word to confirm its accuracy and Mr. Castillo Gutierrez stated that it was accurate.

Dated: July 16, 2020

_____
Hilda Bonilla, signing on behalf of Mr. Ismael Castillo Gutierrez