# EXHIBIT I

# DECLARATION OF JORGE ALEXANDER RIVERA RODRIGUEZ

I, Jorge Alexander Rivera Rodriguez, declare as follows:

1. My name is Jorge Alexander Rivera Rodriguez. I am currently detained at Immigration Centers of America ("ICA") Farmville, Virginia, in Dormitory 7, Bed 48.

2. On Wednesday, July 1, 2020, at approximately 10:30am ET, I suffered an unprovoked attack by Chief Commander Garcia, who sprayed what I believe to be tear gas or pepper spray in my face. Soon thereafter, I lost consciousness, was ultimately revived in the medical unit of the facility, and suffered chest pains and headache. Since that time, I have tested positive for COVID-19, and have been experiencing associated symptoms such as headaches, body aches, a fever, and difficulty breathing, which is made worse by the fact that I suffer from chronic asthma.

3. I have instructed my legal counsel to petition the Executive Office of Immigration Review for my immediate release from ICA-Farmville so that I can receive proper medical attention, and then be maintained in a safe environment, *i.e.*, quarantined with my U.S. citizen wife and my children, until my forthcoming petition for relief under the Convention Against Torture is adjudicated.

4. A few weeks ago, the officers at ICA-Farmville presented the people who are detained, including myself, a video that described risks in the facility associated with COVID-19 infections. The video included information regarding detained individuals who had been in another ICA facility in Miami, Florida, who had tested positive for COVID-19, and who had been moved to Dormitory 9 of ICA-Farmville, which is very close to Dormitory 7.

5. Based on that video presentation and other information that was shared with the people who are detained, it was my understanding at the time of the incident on July 1 that there were approximately 45-50 detainees in Dormitory 9, and two ICA officers working in that dormitory, who had tested positive for COVID-19. As a result, detainees throughout ICA-Farmville, including myself, were extremely concerned about our own possible exposure to COVID-19.

6. In light of the situation, several people detained in Dormitory 7 expressed concerns to ICA officers about exposure to COVID-19. They asked that ICA officers communicate those concerns to U.S. Immigration and Customs Enforcement ("ICE") officials.

7. On Wednesday, July 1, at approximately 10:30am ET, I was standing with other people detained in Dormitory 7, some of whom expressed the urgency of their concerns with respect to exposure to COVID-19 to ICA officers, and insisted that they be permitted to present those concerns directly to ICE officials. The ICA officers present explained that ICE officials were not coming to ICA-Farmville to receive their complaints, and instructed the detained people to go back to their bunks. Some of the people in the dormitory peacefully refused to return to their bunks without a resolution to their request that they be permitted to present their concerns directly to ICE officials.

8. Throughout the encounter, I was silent. I did not resist or refuse any instructions from ICA officers. I saw the ICA officers, including Chief Commander Garcia, leave the open space in

1

    the dormitory, i.e., open a door, pass through it, and close the door. Then, when Chief Commander Garcia returned to the open space in the dormitory, I saw that he was holding a spray canister. He reiterated his instructions for the people detained to return to their bunks, and at the same time, sprayed the substance in the canister at those people, including me. The spray hit me directly in my face. I believe the substance that Chief Commander Garcia sprayed on me to have been tear gas or pepper spray.

9. After Chief Commander Garcia sprayed the substance in my face, I immediately experienced difficulty breathing – my throat closed and my chest tightened. Along with some other people detained, I ran to the bathroom to find water to splash into my eyes and down my throat. One of the female ICA officers assisted me at that point.

10. I then reported my physical symptoms and asked for access to drinking water and to medical attention. Chief Commander Garcia refused those requests, and instead, instructed me to lie down on my bunk to recover. At some point soon after, as I was lying on my bunk, I lost consciousness. When I recovered, I found myself in the medical unit, and experienced serious chest pains and headache. I was told that ICA officers had found me unresponsive and cold and were unable to find a pulse. I was told that ICA personnel sought to revive me by striking my face and applying pressure to my chest that I was taken to the medical unit, and that oxygen was administered. I do not know for how long I was unresponsive.

11. After my recovery, I continued to experience similar symptoms, and have bruises on my body, which I believe resulted from the ICA personnel trying to awaken me. I was finally given a test for COVID-19 on July 3, and I learned on July 7 that I – along with several people detained in my dormitory – had tested positive for COVID-19, thus validating the concerns previously expressed. Since testing positive for COVID-19, I have been experiencing associated symptoms, including headaches, body aches, fever, and difficulty breathing, which are not being adequately addressed by the ICA-Farmville staff.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Jorge Alexander Rivera Rodriguez gave me authority to say this is true and correct and to sign on his behalf because he is currently detained and, due to the COVID-19 pandemic, I am not able to visit him in person to obtain his signature. My co-counsel, Andrew Shoyer, spoke to Mr. Rivera Rodriguez by phone on July 2, 2020, wrote down what he said, and wrote the declaration based on what he said. At approximately 1:30 p.m, on July 10, 2020, I read the above Declaration back to Mr. Rivera Rodriguez word for word to confirm its accuracy and Mr. Rivera Rodriguez stated that it was accurate.

                                                                                      _____
                                                                                      Charles A. Sommers
                                                                                       Sidley Austin LLP
                                                                                      csommers@sidley.com
                                                                                      (202) 736 8125
                                                                                   (signing on behalf of Jorge Alexander Rivera Rodriguez)

Executed on this 10 day of July 2020