# Exhibit K

# Declaration of Victor Quintanilla Gallegos

I, Victor Quintanilla Gallegos, declare as follows:

1. My name is Victor Quintanilla Gallegos. I am a 51-year-old Mexican man currently detained at the Farmville Detention Center in Farmville, Virginia. I have been detained in ICE custody here since April 2019.

2. I am a Lawful Permanent Resident (LPR) and had been living with my U.S. citizen family in Texas since the 1970s. I am now applying for post-conviction relief. I am very afraid to return to my birth country of Mexico.

3. If released, I would live with my mother Emma Quintanilla at 11151 Voyager Cove El Paso, Texas 79936. I hope to travel by bus or plane to Texas when it is safe to do so. Before I am able to travel to Texas, I would quarantine in a hotel in Richmond, Virginia, with the assistance of the organizations Homeward VA and Human Services Innovations, who could also coordinate medical services if necessary.

**My Medical Condition**

4. I have various health conditions including coronary artery disease, hypertension, hyperlipidemia, and arthrosis. I have also tested positive for Hepatitis A and Hepatitis C.

5. Five or six years ago, I was diagnosed with coronary artery disease. My coronary artery disease was so severe that I had to have coronary artery bypass grafting, a type of open heart surgery where the doctor grafted veins out of my leg and moved them to the blocked coronary artery. The surgery improved my coronary artery disease for several years but it has become a lot worse since I have been detained. Right now, one of my arteries is completely clogged again and I have a stent in another.

6. Because of my coronary artery disease, I have severe heart and chest pain on a daily basis and I am at high risk for a heart attack. About once a month, I experience such severe heart pain that I am unable to breathe. My heart starts racing 100 miles an hour and it feels like an elephant is sitting on top of me. My body starts shaking. My doctor prescribed me a special pain medicine for my heart when these episodes occur but I am not supposed to take too much of the medicine because my doctor believes it may be causing some internal bleeding.

7. In the last ten years, I have also been diagnosed with hypertension, hyperlipidemia, and arthrosis. I have also tested positive for both Hepatitis A and Hepatitis C although I have not experienced any related symptoms. I take about eight or nine pills every morning to treat all of my medical conditions, but I still experience excruciating pain. I have asked my doctors to give me stronger pain medication but they have told me they are worried more pain medication could be bad for my heart and high blood pressure.

8. My arthrosis causes severe chronic pain throughout my entire body, but especially in my lower back, neck, and legs. It sometimes feels like someone is pinching me really hard on the back of my neck. This pain is exacerbated by my coronary artery disease and high blood pressure. Because of all my medical problems, the front part of my right leg, especially in my thigh, sometimes goes numb. Other times, the right side of my face becomes numb too, and my face will get very droopy and start sagging. It is very uncomfortable. During these episodes, the whole right side of my body gets swollen. I know that this is not normal and I get very concerned. Sometimes I feel very dizzy as well.

9. The doctor I have been seeing while I have been detained at Farmville Detention Center has recommended that I see a cardiologist and a pain specialist as soon as possible but I have not been able to see either due to COVID-19. Even before COVID-19, I was never able to see a cardiologist despite that I have requested an appointment many times over the 14 months I have been detained here. Medical services are very delayed and difficult to obtain when you are detained.

10. I see my doctor at Farmville once or twice a month. She is very nice but she cannot do much more for me because she says I need to see a cardiologist first. She has been very concerned about my health and my risk of COVID-19. She told me that she believes I need to be released as soon as possible because of all of my medical problems. She told me she has advocated for my release to Farmville but nothing has happened.

**Conditions at Farmville Detention Center That Caused Me to Contract COVID-19**

11. Until June 28, 2020, I had been detained in Dorm 5 of Farmville Detention Center. I lived with approximately seventy other people. It was not possible for me and the other people detained in Dorm 5 to stay six feet apart from one another because of the size of the dorm and the number of people living here. Most of the time, we had been within a foot or less of each other especially when we are eating or sleeping. We all slept in bunk beds that were very close together. I was less than six feet away from at least eight people at all times.

12. I have been very concerned about the threat of coronavirus in the detention center because I have many health problems and the staff at the detention center are not doing much to protect us from the virus. The officers gave us a mask to wear for the first time maybe two months ago. The last time they gave us a new mask was over a month ago and we have not received any more masks since then. We just use the same mask every day. We do not have gloves. There is one communal hand sanitizer in the dorm for everyone to use. Despite the risk of the virus, the detention center is continuing to accept new people, many of whom have tested positive for COVID-19.

13. My dorm was placed in quarantine on or about Friday June 19, 2020 after multiple people started experiencing symptoms of COVID-19.

14. On June 23, 2020, two or three people that I knew of had been removed from my dorm in the week prior due to suspected COVID-19 infection. At that time, we were not permitted to go outside but the officers were not actually enforcing strict quarantine for everyone. On June 23, one of the men detained in my dorm was forced to go work in a kitchen that is outside of Dorm 5 because that is his assigned job. He told the officers he did not want to leave the dorm to work in the kitchen because of the risk of COVID-19 but they told him they would fire him from his job and he would not get any money if he did not go. He did not want to be fired so he left our dorm to work in the kitchen where he was likely exposed to many other people in other dorms. After he finished his job, he returned to my dorm as usual. He slept in a bunk very close to mine and I had been trying to stay away from him ever since he got back.

15. On the morning of June 23, 2020, one person in my dorm was laying on the floor in the middle of our walkway because he was so sick. The officers would not remove him from the floor and take him to the medical unit for over an hour. Another person fainted in the dorm on June 23, 2020 because he was so ill and weak. Officers took him to the medical unit and tested him for COVID-19 but they brought him back to the dorm to stay while they wait for the test results to come back. A lot of people in the dorm have been having bad headaches and sore throats and a cough. Because of my various health conditions and close proximity to so many other people in the dorm, I have been at high risk of developing a serious COVID-19 infection.

16. On or around June 19, 2020, I started experiencing symptoms of COVID-19. This made me very anxious. My throat has been really sore and my body has been aching a lot in a way that felt different from my usual chronic pain. I have been also having bad headaches and a persistent cough. I could tell that my body is sick.

17. For many days, I had not been tested for COVID-19 and neither had most of the other people in my dorm who are also experiencing symptoms. On June 23, 2020, an ICE officer came to our dorm and told us that they were going to start testing more people but they could not test everyone because they did not have enough tests. The officer said they would only test people with serious symptoms. A lot of people in my dorm were very upset because so many of us had been experiencing symptoms of some kind, especially headaches and sore throats. We all wanted to be tested.

18. I heard from other people in my dorm that in Dorms 1 and 6, people started to protest because of the way we are being treated in the detention center, especially in response to the COVID-19 pandemic. The man I share a room with now was in Dorm 1 a few weeks ago. He said they were just asking for medication because they felt sick. But the guards came in armed, scaring everyone, looking under mattresses, and that a shot was fired. People have been mostly protesting because people were not being tested for the virus and many have been getting sick. We have not been receiving the medical care that we need and everyone is scared of what will happen to us. It does not seem like the officers care whether we get sick or die. People in all the dorms are also upset because of how we are treated in general. The detention center has been feeding us rotten food. They give us

sour milk and rotting apples. When we complain, the officers laugh in our faces. They treat us like animals.

19. When people protest, officers take down their names and then put anyone that they believe was involved in the hole. The hole is segregation. It is when you are put in a cell all by yourself and you cannot talk to anyone. I have heard that protestors from Dorm 1 were put in the hole. No one wants to go in there. Sometimes they keep people in there for a long time.

20. I don't understand why the officers punish people for protesting peacefully. No one is misbehaving, they are just asking for basic decent treatment. We just want to be treated like humans not animals.

21. Every time I asked the officers or nurses about getting tested for COVID-19 or about any of my other medical requests, they would say that because of everything going on with the pandemic, they cannot help me. I do not know when I will be able to have my heart examined. I have been worrying every day because I haven't known exactly what's wrong with my body but I have known that I am not well and that it is becoming worse. I had been even more scared of what would happen to me if I contracted the coronavirus. I wasn't sure if I would live. I do not want to die in here.

**My Hospitalization Due to Contracting COVID-19**

22. I woke up in the morning on June 28, 2020, and felt like a train had run over me. My face and the entire right side of my body was numb. My COVID-19 symptoms had worsened. I went to the medical unit to take my pills and told the nurses what was going on. The nurses put me in a wheel chair and called Dr. Moore, who has been treating me for a while. They explained everything to the doctor. Dr. Moore told the nurses that they should take me to the hospital. So I was transported to Central Southside Community Hospital.

23. I arrived at the hospital around 11:00 am or 12:00 pm on June 28th. The nurses at the hospital immediately tested me for COVID-19 and I found out later that day that I had tested positive. I was placed in an isolated room on a special floor of the hospital for COVID-19 patients. I had been receiving steroids and other medications that I can't remember.

24. When I first arrived at the hospital, I told the Farmville guard in my room that I wanted to call my lawyer as soon as possible. The guard said that she needed to ask for permission from the other head officers at Farmville. The officer called these other officers and they said no, I could not call my lawyer. I asked a lot of times, but I wasn't able to call my lawyer or anyone else on June 28, 2020.

25. The next day, on Monday, June 29, 2020, the guard who had been with me at the hospital called the other Farmville officers again and they finally gave me permission to make one

call. Since I was only permitted one call, I decided to call my lawyer to tell her what was going on. They wouldn't let me call my daughter to tell her that I was in the hospital, so I asked my lawyer to call her. I asked the guard in my room if I could make another phone call and she said she would have to ask the Farmville headquarters again and have the call approved. I didn't get to call anyone else after that, even though my lawyer specifically requested that I try to call around 4:30pm that afternoon.

26. On Monday, June 29, I asked the guard in my room if any other person detained at Farmville has been hospitalized other than me. The guard told me no. I know there are lots of other people who have COVID-19 symptoms.

27. The next day, on Tuesday, June 30, 2020, I again asked to call my lawyer several times. I asked in the morning and the officer said no. Then the officers switched and I asked again in the afternoon. Again they told me no.

28. On Wednesday, July 1, 2020, I asked again if I could call my attorney, and at first I was told no. But then they finally let me call her. I asked again if I can call my daughter, and the guard said no. I could only have legal calls. Each time I have talked to my lawyer, the guard from Farmville has been in the room with me and can hear what I say. I asked the guard if he could leave and he said no.

**My Release From the Hospital and Return to Farmville Detention Center**

29. On the afternoon of Wednesday, July 1st, I found out that I was being transferred from the hospital back to Farmville. I did not feel great about this, because I was concerned about the care I would get at Farmville. But the doctor had said it was time to discharge me, so that's what happened.  I wasn't able to call my lawyer when I got back to Farmville for the rest of the day.

30. When I had arrived at Farmville that day, Wednesday, July 1st, I was taken to the medical unit. The guards gave me a rag and some spray and told me to clean my bunk and wipe down the mattress, because the person who had been in there before me had gotten really sick and had just been taken to the hospital. I had to move his sheets and clothes and everything.  My new bunkmate was sicker than I was. That evening, he pounded on the door for 60-90 minutes, asking for help because he felt like was dying. No one came. I didn't get any of my medications that night, whether regular medications or COVID-19 steroids. The room itself was incredibly nasty, with at least six trays of uneaten food, as my bunkmate had not eaten. Both my bunkmate and I have had diarrhea. I have had no way of getting any further than six feet from the toilet at any time. I realized, oh shit. They brought us over here to die.  There was no way I could get well while sharing a bunk with someone sicker than I have been. I didn't know if anyone else had even been tested.

31. Early Thursday morning, July 2nd, a nurse finally came to check in on me and gave me my medications. I wasn't sure when anyone would check on me again after that. I was really not feeling well.

32. When I was at the hospital, the doctor said some things I need to look out for that would mean I should go back to the hospital, but I have forgotten them.

33. The only good thing that has come from me being back at Farmville is that I finally got to call my daughter.

**My Re-Hospitalization and Return to Farmville Detention Center**

34. On Friday, July 3rd, I was not able to call my lawyer because the guards took me to the hospital again. The nurse said that I didn't look very good. I didn't feel good. I went to the emergency room, but I am not sure what they actually did. I was sent back to Farmville.

35. On the morning of Saturday, July 4th, I was able to call my lawyer. I did not feel like myself at all. I felt terrible, and I nearly fainted in the shower that morning. I thought that was it. I knocked on the door and called for help. I knocked three or four different times, but no one ever came. I thought I was going to die. But I told myself I couldn't. I sat down in the shower until I felt better. I broke down crying. A few hours later I wanted to call my daughter but I had to gather myself and not cry and scare her.

36. I have been feeing deeply afraid. It was hot, with no air circulation. I don't know why anyone would treat another person like this, when it is clear that it is notsafe or healthy. room in the medical unit. It's less hot and has more air circulation. I've also started to feel better, and I finally have some hope again.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Victor Quintanilla Gallegos gave me authority to say this is true and correct and to sign on his behalf because he is currently detained and, due to the COVID-19 pandemic, I am not able to visit him in person to obtain his signature. I spoke to Mr. Quintanilla Gallegos by phone on June 23, and 29 and July 1, 2, 4, 5, and 72020, wrote down what he said, and wrote the declaration based on what he said. At 9:00 am on July 1 and at 6:00 pm on July 7, 2020, I read the above Declaration back to Mr. Quintanilla Gallegos word for word to confirm its accuracy and Mr. Quintanilla Gallegos stated that it was accurate.

*/s/ Katherine Fourmy*

_____  7/7/2020
Katherine Fourmy signing on behalf of Victor Quintanilla Gallegos