# Exhibit L

# Declaration of Francois Toure

I, Francois Toure, declare as follows:

1. My name is Francois Toure. I am currently detained in Dorm 4 of the Farmville Detention Center.

2. I have various health conditions including severe asthma, borderline diabetes, major depressive disorder, and poor liver function. I also tested positive for Hepatitis A.

3. I am currently experiencing serious symptoms of COVID-19 including high fever, headaches, body aches, sore throat, chest tightness, a painful cough, and chronic diarrhea.

4. My symptoms began last Sunday, June 21, 2020 when I came down with a fever.

5. On Monday morning, June 22, 2020, a nurse came to Dorm 4 to take everyone's temperature. I had a temperature between 103-105 degrees. I asked the nurse for medicine to help with my fever and my headaches. The nurse denied my request. She told me and all the other sick guys in the dorm that we should try to fight the symptoms on our own without medication. We also asked the nurse if we could be tested for COVID-19 but the nurse said no because there were not enough tests. A lot of us of in Dorm 4 are very sick and we were extremely upset when our requests for medicine and our requests for testing were denied. Later in the afternoon on Monday, the nurse came back to the dorm and delivered two Tylenol to every person who requested medicine. She said there was nothing else she could do for us.

6. On Tuesday June 23, 2020, an ICE official came to our dorm in the afternoon to announce that they were going to try to test more people for COVID-19 but there were not enough tests for everyone.

7. On Wednesday June 24, 2020, nurses came to Dorm 4 and tested everyone in the dorm for COVID-19, including me. They did not tell us when we would receive our results.

8. On Wednesday June 1, 2020, a facility staff member told people in the dorm that everyone, except for 2 or 3 people, tested positive for COVID-19 in Dorm 4. Some people were given general papers about testing positive, but these were not individual test results.

9. Everyone is still very sick. The nurses brings us two Tylenol in the morning and two Tylenol in the evening. That is the only care we receive.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Francois Toure gave me authority to say this is true and correct and to sign on his behalf because he is currently detained and, due to the COVID-19 pandemic, I am not able to visit him in person to obtain his signature. On June 23 and 26, 2020 and July, 9, 2020, my colleague Audrey Huynh

and I wrote down what he said, and wrote the declaration based on what he said. At 4:00 pm on July 9, 2020, I read the above Declaration back to Mr. Toure word for word to confirm its accuracy and Mr. Toure stated that it was accurate.

_Katharine Gordon_                                                     07/09/2020
Katharine Gordon signing on behalf of Francois Toure