# PRISONERS DATABASE



[MAIN PAGE]

**All Records for Christian Alberto Santos Garcia**

| RecordID | PrisonerID | Name | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31745 | 99999 | Christian Alberto Santos Garcia | 2020-07-21 | Brinkema | 2020-07-21 | 1 | 20 | cv | 821 | 42:1983pr | | |
| TOTAL RECORDS:1 | | | | | | | | | | | | |