AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| Santos Garcia, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-00821 |
| Wolf, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Santos Garcia, Bolanos Hernandez, Perez Garcia, Castillo Gutierrez.

Date: 07/21/2020

/s/ Kristin Donovan
*Attorney's signature*

Kristin Donovan, Va. Bar No. 92207
*Printed name and bar number*

Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
*Address*

kristin@justice4all.org
*E-mail address*

(571) 620-5261
*Telephone number*

(703) 778-3454
*FAX number*