IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 <br><br> **ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Christian Alberto Santos Garcia, Santos Salvador Bolanos Hernandez, Gerson Amilcar Perez Garcia, and Ismael Castillo Gutierrez respectfully but urgently request that the Court issue a preliminary injunction ordering Defendants to: (1) submit to an inspection of Farmville Detention Center conducted by the expert Plaintiffs have identified in accordance with the process described in his declaration, at Defendants' expense, of the facility's COVID-19 mitigation efforts, medical care plan, and food supply and preparation regimen; (2) create a plan, to be immediately submitted to the Court and overseen by a the expert Plaintiffs have identified, outlining (a) specific mitigation efforts, in line with Centers for Disease Control and Prevention ("CDC") guidelines to prevent, to the degree possible, contraction of COVID-19, including implementing appropriate social-distancing measures throughout the facility and providing all detainees with adequate personal protective equipment; (b) specific efforts to provide proper medical care to detainees infected with COVID-19; and (c) specific

1

efforts to provide proper nutrition to Plaintiffs and other detainees housed at Farmville; (3) cease all inter-facility transfers into and out of Farmville Detention Center, and not transfer Plaintiffs out of Farmville to another detention facility, until Defendants can demonstrate that such transfer will not endanger Plaintiffs' or others' health and abides by CDC guidelines; and (4) not retaliate against Plaintiffs for having brought this suit.

As explained in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs are likely to succeed on their claims that Defendants have violated Plaintiffs' rights under the Fifth and Fourteenth Amendments to the U.S. Constitution, and that Defendants have violated the Administrative Procedure Act by failing to follow their own standards and rules for medical care, meal services, and preventing and treating COVID-19 within the facility.  Plaintiffs have been and will be irreparably harmed by Defendants' conduct because they have been exposed to and contracted COVID-19, and the health risks from continued exposure are severe.  The public interest and the balance of the equities favor an injunction because upholding constitutional and statutory rights serves the public interest, and the public has an interest in minimizing the spread of COVID-19 not only inside the Farmville Detention Center but also in the Farmville community.

No security or bond is necessary to issue a preliminary injunction because Defendants will not be harmed by complying with the preliminary injunction.  *See* Fed. R. Civ. P. 65(c).

For these reasons and the reasons stated in the accompanying Memorandum of Law, Plaintiffs respectfully request that this Court grant the motion for preliminary injunction.

DATED: July 23, 2020

Respectfully submitted,

/s/Simon Sandoval-Moshenberg

Joseph D. West (Va. Bar No. 16834)
David Debold (*pro hac vice forthcoming*)
Naima L. Farrell (*pro hac vice forthcoming*)
Thomas J. McCormac IV
   (*pro hac vice forthcoming*)
Blair Watler (*pro hac vice forthcoming*)
Katherine King (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, D.C. 20036-5306
Tel: 202-955-8551
jwest@gibsondunn.com
ddebold@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com
bwatler@gibsondunn.com
kking@gibsondunn.com

*Pro bono counsel for Plaintiff Christian Alberto Santos Garcia*

Simon Sandoval-Moshenberg
   (Va. Bar No. 77110)
Kristin Donovan (Va. Bar No. 92207)
Granville Warner (Va. Bar. No. 24957)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org
kristin@justice4all.org
cwarner@justice4all.org

Sirine Shebaya (*pro hac vice forthcoming*)
Amber Qureshi (*pro hac vice forthcoming*)
NATIONAL IMMIGRATION PROJECT OF THE
   NATIONAL LAWYERS GUILD
2201 Wisconsin Ave. NW, Suite 200
Washington, D.C. 20007
Tel: 617-227-9727
sirine@nipnlg.org
amber@nipnlg.org

*Pro bono counsel for Plaintiffs Santos Salvador Bolanos Hernandez, Gerson Amilcar Perez Garcia, and Ismael Castillo Gutierrez*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this date, I uploaded the foregoing, along with all attachments thereto, to this Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

Also on this date, I mailed (certified U.S. mail, return receipt requested) the foregoing, along with all attachments thereto, to the following Defendants:

Chad Wolf
Matthew Albence
Russell Hott
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Office of the General Counsel
2702 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

Jeffrey Crawford, Superintendent, Farmville Detention Center
Immigration Centers of America, LLC
508 Waterworks Road
Farmville, VA 23901

Immigration Centers of America, LLC
SERVE:  Russell B. Harper, R/A
7113 Three Chopt Road, Suite 210
Richmond, VA 23226

Armor Correctional Health Services, Inc.
SERVE: CT Corporation System, R/A
4701 Cox Rd Ste 285
Glen Allen, VA 23060-6808

Also on this date, I mailed (U.S. mail, postage paid) and e-mailed the foregoing, along with all attachments thereto, to the following counsel, whom I believe to be counsel for the Defendants:

Dennis C. Barghaan, Jr., Assistant Chief, Civil Division
U.S. Attorney's Office for the Eastern District of Virginia, Alexandria Div.
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314
dennis.barghaan@usdoj.gov
*Counsel for Defendants Wolf, Albence, Hott, and U.S. Immigration and Customs Enforcement*

John M. Erbach
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
jerbach@spottsfain.com
*Counsel for Defendants Crawford and Immigration Centers of America, LLC*

Edward J. McNelis, III
SANDS ANDERSON
1111 E Main St, Suite 2400
Richmond, VA 23219
emcnelis@sandsanderson.com
*Counsel for Defendant Armor Correctional Health Services, Inc.*

| | |
|---|---|
| DATED: July 23, 2020 | Respectfully submitted, |
| | */s/Simon Sandoval-Moshenberg* |
| | Simon Sandoval-Moshenberg |
| | (Va. Bar No. 77110) |
| | LEGAL AID JUSTICE CENTER |
| | 6066 Leesburg Pike, Suite 520 |
| | Falls Church, VA 22041 |
| | Tel: 703-778-3450 |
| | simon@justice4all.org |