IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-00821 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, the parties' briefs, all supporting papers, and any oral argument, the Court GRANTS Plaintiffs' Motion for Preliminary Injunction.

The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits, that they are likely to suffer irreparable harm in the absence of injunctive relief, that the balance of equities favors an injunction, and that an injunction is in the public interest. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008).

Accordingly, it is hereby ORDERED that Defendants and their agents, officers, employees, and any persons acting in concert or participation with them:

1. Shall submit to an inspection of Farmville Detention Center conducted by the expert Plaintiffs have identified in accordance with the process described in his declaration, at

    Defendants' expense, of the facility's COVID-19 mitigation efforts, medical care plan, and food supply and preparation regimen;

2. Shall create a plan, to be immediately submitted to the Court and overseen by the expert Plaintiffs have identified, outlining (1) specific mitigation efforts, in line with Centers for Disease Control and Prevention ("CDC") guidelines to prevent, to the degree possible, contraction of COVID-19, including appropriate social-distancing measures throughout the facility and providing all detainees with adequate personal protective equipment; (2) specific efforts to provide proper medical care to detainees infected with COVID-19; and (3) specific efforts to provide proper nutrition to Plaintiffs and other detainees housed at Farmville Detention Center;

3. Shall cease all inter-facility transfers into and out of Farmville Detention Center, and shall not transfer Plaintiffs out of Farmville Detention Center to another detention facility, until Defendants can demonstrate that such transfer will not endanger Plaintiffs' or others' health and abides by CDC guidelines; and

4. Shall not retaliate against Plaintiffs for having brought this suit.

No security or bond is required to issue this Order and preliminary injunction.

The Court will retain jurisdiction of this matter and monitor Defendants' compliance with the above requirements. Defendants shall update the Court of their progress implementing the Court's Order every 30 days.

    DATED this _____ day of _____, 2020.

_____
United States District Judge