UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-821-LMB-JFA |
| CHAD F. WOLF, *et al.*, | ) ) | |
| Defendants. | ) ) | |

_____

## NOTICE OF RELATED CASE

Federal Defendants, through undersigned counsel, respectfully submit this notice to inform the Court of a related case, *Toure v. Hott*, Civ. No. 1:20-cv-395, which counsels having the instant case proceed before Judge O'Grady who is presiding over *Toure*.  In this action, Plaintiffs seek a preliminary injunction challenging the conditions of confinement at the Farmville Detention Center ("ICA Farmville") in light of COVID-19 and asserting that Defendants "have violated Plaintiffs' right to Due Process."  ECF No. 1 ¶¶ 1, 7.  These claims are familiar in this District and indeed in this Court.

The *Toure* litigation concerned the same substantive due process claims on behalf of petitioners-plaintiffs challenging the conditions of confinement at ICA Farmville.  More recently, in *Lizama Gutierrez v. Hott*, Civ. No. 1:20-cv-712, petitioners-plaintiffs—represented by some of the same counsel as both *Toure* and the instant suit—brought conditions of confinement claims again relating to ICA Farmville.  This Court severed and reassigned to Judge O'Grady petitioners-plaintiffs' conditions of confinement claims given the related, pending claims in *Toure*.  The Court also directed the petitioners-plaintiffs to "list *Toure* as a related case" if they wished to refile their

1

claims as a stand-alone civil action.[1] *See Lizama Gutierrez v. Hott*, Civ. No. 1:20-cv-712, Dkt. 31 (E.D. Va. July 16, 2020).

Because this action is related to *Toure* for the same reasons as *Lizama-Gutierrez,* but Plaintiffs did not identify the relationship on their cover sheet, Federal Defendants respectfully inform the Court that the matters are related.

Dated: July 24, 2020                                        Respectfully submitted,

                                                           G. ZACHARY TERWILLIGER
                                                           UNITED STATES ATTORNEY

                                                       *By:* _____/s/_____
                                                           YURI S. FUCHS
                                                           Assistant United States Attorney
                                                           Office of the United States Attorney
                                                           2100 Jamieson Avenue
                                                           Alexandria, Virginia 22314
                                                           Tel:     (703) 299-3872
                                                           Fax:     (703) 299-3983
                                                           Email:  yuri.fuchs@usdoj.gov

                                                           *Counsel for Federal Defendants*

---

[1] While Plaintiffs were not parties to the prior lawsuits, Plaintiffs Bolanos Hernandez and Perez Garcia both filed declarations regarding the conditions at ICA Farmville in support of petitioners-plaintiffs' reply in *Lizama Gutierrez*. *See Lizama Gutierrez v. Hott*, Civ. No. 1:20-cv-712, Dkts 20-6, 20-7 (E.D. Va. July 13, 2020) (Declarations of Santos Salvador Bolanos Hernandez and Gerson Amilcar Perez Garcia). Conversely, Plaintiffs' own Complaint attaches declarations from the current litigants in *Toure* and *Lizama Gutierrez*. *See* ECF No. 1-11 (declaration of *Lizama Gutierrez* petitioner-plaintiff Victor Quintanilla Gallegos) & 1-12 (declaration of *Toure* petitioner-plaintiff Francois Toure).

2