**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>     *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

**[PROPOSED] ORDER GRANTING
MOTION FOR EXPEDITED BRIEFING SCHEDULE ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

For the reasons stated in Plaintiffs' Motion for Expedited Briefing Schedule on Plaintiffs'

Motion for Preliminary Injunction, and for good cause shown, such motion is granted. It is

hereby ordered:

1.     Defendants shall file any responses to Plaintiffs' Motion for a Preliminary

Injunction by Wednesday, August 5, 2020.

2.     Plaintiffs shall file any Reply thereto by Sunday, August 9, 2020.

3.     Oral argument on the Motion for Preliminary Injunction shall be held on Tuesday,

August 11, by teleconference, at a time to be set by the Court.

It is SO ORDERED.

_____, J.     Date: _____
United States District Judge