IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, *et al*.,<br><br>    *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

**[PROPOSED] ORDER DENYING
DEFENDANTS' REQUEST TO TRANSFER CASE**

For the reasons stated in Plaintiffs' Response to Defendants' Notice of Related Case and Request to Transfer Case, this Court finds that the ends of judicial efficiency would not be advanced by transferring this case to the District Judge who oversaw the litigation in *Touré v. Hott*, Civ. No. 1:20-cv-395 (E.D. Va.). Defendants' request (Dkt. #16) is denied for lack of good cause shown.

It is SO ORDERED.


_____, J.      Date: _____
United States District Judge