IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, et al., | ) ) ) |
| Plaintiffs, | ) ) ) 1:20-cv-821 (LMB/JFA) |
| v. | ) ) |
| CHAD F. WOLF, et al., | ) ) ) |
| Defendants. | |

ORDER

On July 24, 2020, the government filed a Notice of Related Case in which it requests that this action be transferred to Judge Liam O'Grady, who is presiding over a purportedly related action, Toure v. Hott, Case No. 1:20-cv-395. Plaintiffs have filed an opposition to the government's request in which they argue in part that Toure "is a habeas corpus petition" which "challeng[es] the fact of [the] petitioners' confinement as unconstitutional" and "seek[s] release from confinement as its sole remedy," whereas this action "takes the well-familiar form of a complaint for injunctive relief," "challeng[ing] the conditions of confinement and seek[ing] as relief only the amelioration of those conditions." The government has filed a reply brief in which it argues that "the form of legal action is immaterial." Plaintiffs have the better argument; accordingly, it is hereby

ORDERED that the government's request that this action be transferred [Dkt. 16] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge