IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHRISTIAN ALBERTO SANTOS GARCIA, et al., )
)
)
Plaintiffs, )
) 1:20-cv-821 (LMB/JFA)
v. )
)
CHAD F. WOLF, et al., )
)
Defendants. )

## ORDER

For the reasons stated during a telephone conference held on the record with attorneys for all parties present, plaintiffs' Motion for Preliminary Injunction [Dkt. 6] is GRANTED IN PART, DENIED IN PART, and HELD IN ABEYANCE IN PART, and it is hereby

ORDERED that defendants are enjoined from:

1. Retaliating against plaintiffs for having filed this civil action;

2. Transferring any plaintiff out of the Farmville Detention Center without the consent of the plaintiff and his counsel; and

3. Transferring any detainees into the Farmville Detention Center until further Order of the Court.

In addition, to enable the Court to determine whether plaintiffs' request to have their expert, Dr. Homer D. Venters, inspect the Farmville Detention Center, it is further

ORDERED that defendants permit plaintiffs' counsel and Dr. Venters to participate in defendants' debrief with the Centers for Disease Control and Prevention on Friday, August 14, 2020; and it is further

ORDERED that defendants submit to the Court, under seal and for attorneys' eyes only, photographs of a representative dorm area and bathroom at the Farmville Detention Center, as well as blueprints or other visuals showing the overall layout of the Farmville Detention Center; and it is further

ORDERED that the parties participate in a second telephone conference on Monday, August 17, 2020 at 11:00 a.m. to address the status of the Centers for Disease Control and Prevention's inspection of the Farmville Detention Center.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11 day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge