IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, et al., ) ) ) Plaintiffs, ) ) v. ) ) CHAD F. WOLF, et al., ) ) Defendants. ) | 1:20-cv-821 (LMB/JFA) |

## ORDER

For the reasons stated during a telephone conference held on the record with attorneys for all parties present, because the parties were unable to reach an agreement on this issue as part of their Agreed Inspection Protocol ("Protocol") [Dkt. 58], it is hereby

ORDERED that the Inspectors shall be allowed to take photographs during their inspection of the Farmville Detention Center ("FDC") on Thursday, August 20, 2020, including but not limited to photographs containing detainees and/or staff, using a separate digital camera provided to each Expert by FDC and confined to the subject of the inspection specifically set out under Paragraph 1 of the Protocol; such photographs shall be preserved by FDC. Within two business days following the inspection, the parties shall meet and confer as to whether the photographs may be provided to the Inspectors unredacted, redacted, or pursuant to a protective order. As to any photographs regarding which the parties cannot come to an agreement, they will submit the matter to the Court for decision, under seal.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge