Frank Souza Bauer
096803519 - 20 - 00870
Farmville Detention Center
Drop Box N
Farmville Virginia 23901

Rec'd 9-18-20

Frank Odin Souza Bauer
A.096-803-519
Farmville Detention Center
Drop Box N
Farmville Virginia 23901

Honorable Judge Leonie Brinkema
U.S. District Judge
Eastern District of Virginia
401 Courthouse Sq.
Alexandria, Virginia 22314-5798

Dear Honorable Judge Brinkema

      I find great pride for the actions of an Alexandria Honorable Judge to help us in Farmville Detention Center. I have been a resident of Alexandria since 1992, and even though I am not a United States Citizen, I will always carry at heart and consider the beautiful Old Town of Alexandria my home. I have been Detain in Farmville Detention Center since April 17, 2020. I was transfer from Caroline County Detention in Virginia, because ICE agents told me my medical needs would be provide here in Farmville, which is a breathing machine to aid my breathing disorder every night.

On November 7, 2019 I arrived at Caroline County Detention, and the medical unit along with ICE fails to provide in a timely manner a breathing machine. On about March 2020, I had a near death incident, I was found unconscious on the concrete floor of my room. I was taken to the Medical Unit and no nurse or doctor was there to secure the safety of my life. The on call nurse was contact via phone and she did not answer the phone.

The reason for this letter is because I read an article on the USA Today Newspaper, which states; 'The Justice Department is requesting to lift the ban, on transferring inmates to the Farmville Detention Center'. As a Detainee residing at Farmville Detention Center, and having been in the front line of the most inhumane psychological torture, physical pain and suffering after contracting the Covid-19 due to ICE and the Facility Negligence, I cannot imagine why, the Justice Department would request such request, after the whole facility of Farmville including officers and their families were infected with Covid-19 due to Negligence.

I fear for my life being present in this facility because I have seen and felt in body, flesh and soul the negligence, and disrespect of the response from the Staff in this Facility and ICE. I am only speaking of a certain percentage of staff that works here, because I have come across many good souls that work here. But for those who purposely want to endanger my life in a careless way are present daily, and the human errors that I have witness in many occasion, it's placing my life at risk.

Before contracting the Corona Virus, I file complaint regarding officers taking off their mask around detainees. Officers searching detainees at the same wall section without cleaning the wall, and many other human errors, which can spread the Virus throughout the facility.

Being Sick with the Corona Virus was chaotic for the Medical Staff, they could not deal with the capacity of individuals being sick. I personally wrote many and many sick call request, asking and then begging

Frank O. Souza Bauer
A096-803-519
Page 1of 3

for additional medication, which in fact was not provided. I was giving 2 Tylenol every 12 hours, along with 1 mucus pill every 12 hours.

My first 24 hours with the Virus was the most damageable for me, because the Medical Unit did not respond right away to secure our safety. I do recall being in pain the first night of the virus developing in my body, at 4:00AM I express my pain and suffering to the Nurse who comes to the Unit to provide Medications to the Diabetics. The Nurse did not provide any medication to me "instead she stated, 'I do not want to lose my license for giving you a Tylenol'. Later that morning at about 9:00AM my temperature was 99.

Lifting the ban and reopening Farmville while we the positive Covid-19 are present will create additional trauma upon us, because we have seen the chaos and our lives were careless neglected, and we do not trust the system that the Facility have in place to properly protect us. I believe tremendous amount of change has to be done for this Facility to reopen its door with new detainees.

I had resigned all Immigration process because I do not feel safe in the care of Farmville and ICE. I have tremendous amount of ties to the United States, with four (4) U.S. Citizen Kids and Family being United States Citizens. I did however miss an immigration court date, and I was in contact with the Fairfax county police department to resolve my warrant, but ICE does not credit me for those actions, instead, ICE main objective is to deport me at any cost.

I am very thankful that my whole family has been at home, and safe of the Corona Virus, following the guidelines and quarantine procedural. I asked ICE in many occasions, to allow me the opportunity to quarantine at home, not only because I have a breathing disorder but because of the vulnerability of the Corona Virus and my medical condition. I also recently asked ICE to allow me a Humanitarian Parole to be released from detention so I can seek the proper medical treatment, but they have not responded to that request.

Mr. Gerald E. Connolly, Member of Congress from the 11th District of Virginia, wrote a letter to the Assistant Director, Congressional Relations, Immigration and Custom Enforcement, requesting specific information on the safety protocols of Farmville regarding the Corona Virus and my CPAP machine, but no action to provide my CPAP to this day has been giving to me. Inspectors, and C.D.C. has also visited the Farmville Detention but we have not read those reports. Staff Member has mention, a lot of violation has been found in Farmville by the inspectors and C.D.C.

I am really scared to be here, which is why I resign all Immigration process to leave the United States and detention. I do fear now, that ICE can take up to six (6) months to remove me from the United States, putting me at greater risk for re-infection of the Corona Virus, or the Seasonal Flue, which we don't know the implication of how our body will react to it, since it is trying to heal from having the Corona Virus. According to the University of Washington Institute for Health Metric and Evaluation, the numbers of Covid-19 are expected to surge more than 150% between now and December 1. The two virus together definitely could be more injurious to the lungs and cause more respiratory failure. Covid-19 and the Flue can attack the lungs potentially causing pneumonia, fluids in the lung or respiratory failure. Having both illnesses simultaneously would increase the risk of longer-term effects of any of these organ symptoms. It is also too early to know how much worse the double virus could be, the C.D.C. said.

For the past ten months, I have been suffering every night gasping for air for not having my breathing machine. I do not know the damage the Corona Virus has done to my weak lungs, but I can feel the pain on a daily basis, and the Medical Unit has not properly evaluated me. I cannot help myself while being

here, and I am already terrified of what can happen if I get re-infected. I am not a threat to the United States or a flight risk; I just want to go home so I can protect my life, and be able to guide and see my kids through their journey of life.

With all due Respect I share this information, because I have exhausted all remedies to protect my life. I am also requesting that the Ban of transferring detainees continue until everyone who is here has left the facility; this is to prevent another tragedy and death, like the one we had here. Thank You so much for the Ban at Farmville Detention Center. God Bless You.

Sincerely

Frank O. Souza Bauer
September 14, 2020