# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-821-LMB-JFA |
| CHAD F. WOLF, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF FEDERAL DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT

PLEASE TAKE NOTICE that the Federal Defendants hereby respectfully withdraw their Motion to Alter or Amend the Judgment ("Motion") filed on September 8, 2020. ECF No. 81. The Federal Defendants are withdrawing their Motion due to recent developments at the Caroline Detention Facility, where the Federal Defendants had proposed to quarantine detainees before transferring them to Farmville Detention Center. The Federal Defendants reserve the right to seek relief from the Court's preliminary injunction order pursuant to Federal Rule of Civil Procedure 60 as conditions change further. The Federal Defendants also request that the Court remove from the calendar the hearing on Federal Defendants' Motion currently set for October 6, 2020, at 10:00 a.m.

Dated: September 21, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

*By*: _____/s/_____
YURI S. FUCHS
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3872

1

Fax:    (703) 299-3983  
Email: yuri.fuchs@usdoj.gov  
*Counsel for Federal Defendants*

Fax:    (703) 299-3983  
Email: yuri.fuchs@usdoj.gov  
*Counsel for Federal Defendants*

CERTIFICATE OF SERVICE

I do hereby certify that on this 21st day of September, 2020, I have electronically filed the foregoing using the CM/ECF system.

                                                              /s/
Yuri S. Fuchs
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3872
Fax: (703) 299-3983
Email: yuri.fuchs@usdoj.gov
*Counsel for Federal Defendants*