# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CHAD F. WOLF, *et al.*, )<br>)<br>Defendants. ) | No. 1:20-cv-821-LMB-JFA |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, Federal Defendants, including Chad F. Wolf, Acting Secretary, U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement; Matthew T. Albence, Acting Director of U.S. Immigration and Customs Enforcement; and Russell Hott, Field Office Director for the Washington Field Office, Enforcement and Removal Operations hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on August 11, 2020, granting in part, denying in part, and holding in abeyance in part Plaintiffs' Motion for Preliminary Injunction, *see* ECF No. 44.

Dated:  October 13, 2020              Respectfully submitted,

                                                                   G. ZACHARY TERWILLIGER
                                                                   UNITED STATES ATTORNEY

                                                       *By*:  _____/s/_____
                                                            YURI S. FUCHS
                                                            Assistant United States Attorney
                                                            Office of the United States Attorney
                                                            2100 Jamieson Avenue
                                                           Alexandria, Virginia 22314
                                                           Tel:    (703) 299-3872
                                                           Fax:   (703) 299-3983
                                                           Email:  yuri.fuchs@usdoj.gov

*Counsel for Federal Defendants*