FILED: February 16, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2142
(1:20-cv-00821-LMB-JFA)

_____

CHRISTIAN ALBERTO SANTOS GARCIA; SANTOS SALVADOR BOLANOS HERNANDEZ; GERSON AMILCAR PEREZ GARCIA; ISMAEL CASTILLO GUTIERREZ; MELVIN IVAN VELASQUEZ ORELLANA; VANO BAZERASHVILI; OLAITAN MICHAEL OLANIYI; MARCO ANTONIO MIRANDA SANCHEZ; JERBIN IVAN GARCIA GARCIA; DIDIER MBALIVOTO; JOSE LINARES HERNANDEZ; FRANK ODIN SOUZA BAUER; JORGE ALEXANDER RIVERA RODRIGUEZ; SHAWN HOUSLIN

       Plaintiffs - Appellees

v.

ALEJANDRO N. MAYORKAS, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; U. S. BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, Acting Director of U.S. Immigration and Customs Enforcement; RUSSELL HOTT, Field Office Director for the Washington Field Office, Enforcement and Removal Operations

       Defendants - Appellants

and

JERRY L. CRAWFORD; IMMIGRATION CENTERS OF AMERICA, LLC; ARMOR CORRECTIONAL HEALTH SERVICES, INC.

       Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                                          For the Court--By Direction

                                          <u>/s/ Patricia S. Connor, Clerk</u>