**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 |

## NOTICE OF FED. R. CIV. P. 45 SUBPOENA

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs, by counsel, shall command attendance at a deposition of the Town of Farmville on April 13, 2021 beginning at 10 A.M., at the offices of Legal Aid Justice Center, 6066 Leesburg Pike, Suite 520, Falls Church, Virginia 22041,[1] as set forth in the subpoena attached hereto.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Town of Farmville shall designate one or more of its officers, directors, or managing agents, or other persons who consent and are knowledgeable to testify on behalf of the Town of Farmville with respect to each of the subject matters set forth in Appendix A. Plaintiffs reserve the right to add additional subject matters to Appendix A as the Town of Farmville are still producing responses to Plaintiffs' subpoena dated February 16, 2021.

---

[1] Due to the COVID-19 pandemic, the deposition will be conducted by Zoom or other remote means.

The Town of Farmville may file objections to this notice within 10 days of receipt. At least two business days in advance of the deposition, The Town of Farmville is requested to provide Plaintiffs' counsel with written notice of the name and title of each witness who will testify on behalf of the Town of Farmville and the particular topics(s) set forth in Schedule A as to which each such witness will testify.

The deposition will be recorded by stenographic means before an officer authorized to administer oaths. The deposition will proceed according to the Federal Rules of Civil Procedure.

A copy of the subpoena is attached hereto as an exhibit.

Dated: March 16, 2021                              Respectfully submitted,

                                                   */s/Simon Sandoval-Moshenberg*

Joseph D. West (Va. Bar No. 16834)
David Debold (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
Thomas J. McCormac IV (*pro hac vice*)
Aaron Smith (*pro hac vice*)
Blair Watler (*pro hac vice*)
Katherine King (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel: 202-955-8551
jwest@gibsondunn.com
ddebold@gibsondunn.com
nfarrell@gibsondunn.com
asmith3@gibsondunn.com
tmccormac@gibsondunn.com
bwatler@gibsondunn.com
kking@gibsondunn.com

*Pro bono counsel for Plaintiff Christian Alberto Santos Garcia*

Simon Sandoval-Moshenberg (Va. Bar No. 77110)
Kristin Donovan (Va. Bar No. 92207)
Granville Warner (Va. Bar No. 24957)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org
kristin@justice4all.org
cwarner@justice4all.org

Sirine Shebaya (*pro hac vice*)
Amber Qureshi (*pro hac vice*)
NATIONAL IMMIGRATION PROJECT OF THE
   NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue, N.W., Suite 200
Washington, D.C. 20007
Tel: 617-227-9727
sirine@nipnlg.org
amber@nipnlg.org

*Pro bono counsel for Plaintiffs Santos Salvador Bolanos Hernandez, Gerson Amilcar Perez Garcia, Ismael Castillo Gutierrez, Didier Mbalivoto, Frank Souza Bauer, Marco Antonio Miranda Sanchez, Melvin Ivan Velasquez Orellana, Olaitan Michael Olaniyi, Shawn Houslin, Jerbin Ivan Garcia Garcia, Jorge Alexander Rivera Rodriguez, Jose Linares Hernandez, and Vano Bazerashvili*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, the foregoing Notice of Fed. R. Civ. P. 45 Subpoena, along with all attachments thereto, was uploaded to this Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.


Dated: March 16, 2021                */s/Simon Sandoval-Moshenberg*
                                            Simon Sandoval-Moshenberg (Va. Bar No. 77110)
                                            LEGAL AID JUSTICE CENTER
                                            6066 Leesburg Pike, Suite 520
                                            Falls Church, VA 22041
                                            Tel: 703-778-3450
                                            simon@justice4all.org