IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

ORDER GRANTING
JOINT MOTION TO EXTEND JURISDICTIONAL DISCOVERY

Upon consideration of the Joint Motion to Extend Jurisdictional Discovery, such motion is GRANTED. The period of jurisdictional discovery is hereby extended through and including April 23, 2021.

It is SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Dated: March 23, 2021