IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO EXTEND JURISDICTIONAL DISCOVERY**

Upon consideration of the Unopposed Motion to Extend Jurisdictional Discovery, such motion is GRANTED. The period of jurisdictional discovery is hereby extended through and including May 21, 2021.

It is SO ORDERED.


Dated: _____              _____
                                 Leonie M. Brinkema
                                 United States District Judge

1