IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHRISTIAN ALBERTO SANTOS GARCIA,

  *Plaintiff*,

v.             Civil Action No. 1:20-CV-00821 (LMB/JFA)

CHAD F. WOLF, in his official capacity as
Acting Secretary, U.S. Department of Homeland
Security, *et al.*
  *Defendants*.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

  It is hereby requested that the Clerk enter the appearance of Paul B. Hlad, Esquire as counsel for Defendant Armor Correctional Health Services, Inc.

  I certify that I am admitted to practice in this Court.

            Respectfully submitted,

            **ARMOR CORRECTIONAL HEALTH SERVICES, INC.**

            /s/ Paul B. Hlad
            Paul B. Hlad, VSB #91796
            Sands Anderson PC
            1005 Slater Road, Suite 200
            Durham, NC 27703
            Phone: (919) 313-0046
            Fax: (919) 472-0716
            phlad@sandsanderson.com
            *Counsel for Defendant Armor Correctional Health Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/EMC system, which will send notification of such filing (NEF) to the following:

Granville Clayton Warner
Kristin Fisher Donovan
Simon Yehuda Sandoval Moshenberg
Legal Aid Justice Center
6066 Leesburg Pike
Falls Church, VA 22041
(703) 778-3450
Fax: (703)-778-3454
cwarner@justice4all.org
kristin@justice4all.org
simon@justice4all.org
*Counsel for Plaintiff*

Joseph Dominick West
David Debold
Naima L. Farrell
Thomas J. McCormac IV
Blair Watler
Katherine King
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036-5306
(202) 995-8500
jwest@gibsondunn.com
ddebold@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com
bwatler@gibsondunn.com
kking@gibsondunn.com
*Counsel for Plaintiff Christian Alberto Santos Garcia*

John Michael Erbach
Patricia Bugg Turner
Kasey L. Hoare
Spotts Fain PC
411 E. Franklin St.
Suite 600
Richmond, VA 23219
(804) 697-2000
Fax: (804) 697-2088
jerbach@spottsfain.com
pturner@spottsfain.com
khoare@spottsfain.com
*Counsel Defendants Jeffrey Crawford and Immigration Centers of America, LLC*

Yuri Fuchs
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
Yuri.Fuchs@ysdoj.gov
*Counsel for Defendants Chad F. Wolf, U.S. Immigration and Customs Enforcement, Matthew T. Albence and Russell Hott*

Sirine Shebaya
Amber Qureshi
NATIONAL IMMIGRATION
PROJECT OF THE NATIONAL
LAWYERS GUILD
2201 Wisconsin Ave, NW, Suite 200
Washington, DC  20007
617-227-9727
sirine@nipnlg.org
amber@nipnlg.org
*Counsel for Plaintiff's Santos Salvador Bolonos Hernandez, Gerson Amilcar Perez Garcia, and Ismael Castillo Gutierrez*

/s/ Paul B. Hlad
Paul B. Hlad, VSB #91796
Sands Anderson PC
1005 Slater Road, Suite 200
Durham, NC 27703
Phone: (919) 313-0046
Fax: (919) 472-0716
phlad@sandsanderson.com
*Counsel for Defendant Armor Correctional Health Services, Inc.*