IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>　　　*Plaintiffs*,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　*Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

NOTICE OF WAIVER OF ORAL ARGUMENT ON
UNOPPOSED MOTION TO EXTEND JURISDICTIONAL DISCOVERY

　　Plaintiffs, by counsel, hereby waive oral argument on their Unopposed Motion to Extend Jurisdictional Discovery, filed herewith.

Dated: May 20, 2021　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Simon Sandoval-Moshenberg
　　　　　　　　　　　　　　　　　　　　(Va. Bar No. 77110)
　　　　　　　　　　　　　　　　　　　simon@justice4all.org
　　　　　　　　　　　　　　　　　　　LEGAL AID JUSTICE CENTER
　　　　　　　　　　　　　　　　　　　6066 Leesburg Pike, Suite 520
　　　　　　　　　　　　　　　　　　　Falls Church, VA 22041
　　　　　　　　　　　　　　　　　　　(571) 620-5261 / fax (703) 778-3454

1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, I uploaded the foregoing, along with all attachments thereto, to this Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

Dated: May 20, 2021

/s/
Simon Sandoval-Moshenberg
   (Va. Bar No. 77110)
simon@justice4all.org
**LEGAL AID JUSTICE CENTER**
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(571) 620-5261 / fax (703) 778-3454