IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

**ORDER GRANTING
UNOPPOSED MOTION TO EXTEND JURISDICTIONAL DISCOVERY**

Upon consideration of the Unopposed Motion to Extend Jurisdictional Discovery, such motion is GRANTED. The period of jurisdictional discovery is hereby extended through and including June 11, 2021, so that Plaintiffs may take the deposition of Gerald Spates.

It is SO ORDERED.

/s/ _____
Leonie M. Brinkema
United States District Judge

Dated: May 21, 2021