IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:20-cv-00821, Case Name Santos Garcia, et al. v. Wolf, et al.
Party Represented by Applicant: All Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Matthew Scott Vogel
Bar Identification Number 35363    State Louisiana
Firm Name National Immigration Project of the National Lawyers Guild
Firm Phone # (617) 227-9727    Direct Dial # (504) 264-3613    FAX # (617) 227-5495
E-Mail Address mvogel@nipnlg.org
Office Mailing Address 2201 Wisconsin Avenue NW, Suite 200, Washington, DC 20007

Name(s) of federal court(s) in which I have been admitted Eastern District of La., Western District of La., Fifth Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    5/7/21 (Date)
Kristin Donovan (Typed or Printed Name)    92207 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid √ or Exemption Granted ____
The motion for admission is GRANTED √ or DENIED ____

May 21, 2021
(Date)

/s/ [signature]
Leonie M. Brinkema
United States District Judge