UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-00821 |

**NOTICE OF FED. R. CIV. P. 45 SUBPOENA**

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs, by counsel, shall command attendance at a deposition of Mr. Gerald Spates on June 8, 2021 beginning at 10 A.M., at the offices of Legal Aid Justice Center, 6066 Leesburg Pike, Suite 520, Falls Church, Virginia 22041,[1] as set forth in the subpoena attached hereto. The deposition will be recorded by stenographic means before an officer authorized to administer oaths. The deposition will proceed according to the Federal Rules of Civil Procedure.

A copy of the subpoena is attached hereto as an exhibit.

---

[1] Due to the COVID-19 pandemic, the witness will be offered the option to sit for the deposition by Zoom or other remote means.

Dated: May 24, 2021

Respectfully submitted,

*/s/Simon Sandoval-Moshenberg*

| | |
|---|---|
| Joseph D. West (Va. Bar No. 16834)<br>David Debold (*pro hac vice*)<br>Naima L. Farrell (*pro hac vice*)<br>Thomas J. McCormac IV (*pro hac vice*)<br>Aaron Smith (*pro hac vice*)<br>Blair Watler (*pro hac vice*)<br>Katherine King (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Tel: 202-955-8551<br>jwest@gibsondunn.com<br>ddebold@gibsondunn.com<br>nfarrell@gibsondunn.com<br>asmith3@gibsondunn.com<br>tmccormac@gibsondunn.com<br>bwatler@gibsondunn.com<br>kking@gibsondunn.com<br><br>*Pro bono counsel for Plaintiff Christian Alberto Santos Garcia* | Simon Sandoval-Moshenberg (Va. Bar No. 77110)<br>Kristin Donovan (Va. Bar No. 92207)<br>Granville Warner (Va. Bar No. 24957)<br>LEGAL AID JUSTICE CENTER<br>6066 Leesburg Pike, Suite 520<br>Falls Church, VA 22041<br>Tel: 703-778-3450<br>simon@justice4all.org<br>kristin@justice4all.org<br>cwarner@justice4all.org<br><br>Sirine Shebaya (*pro hac vice*)<br>Amber Qureshi (*pro hac vice*)<br>NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD<br>2201 Wisconsin Avenue, N.W., Suite 200<br>Washington, D.C. 20007<br>Tel: 617-227-9727<br>sirine@nipnlg.org<br>amber@nipnlg.org<br><br>*Pro bono counsel for Plaintiffs Santos Salvador Bolanos Hernandez, Gerson Amilcar Perez Garcia, Ismael Castillo Gutierrez, Didier Mbalivoto, Frank Souza Bauer, Marco Antonio Miranda Sanchez, Melvin Ivan Velasquez Orellana, Olaitan Michael Olaniyi, Shawn Houslin, Jerbin Ivan Garcia Garcia, Jorge Alexander Rivera Rodriguez, Jose Linares Hernandez, and Vano Bazerashvili* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing Notice of Fed. R. Civ. P. 45 Subpoena, along with all attachments thereto, was uploaded to this Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

I furthermore e-mailed a copy of this notice and accompanying exhibit to counsel for the Town of Farmville:

>Melissa Y. York (VSB No. 77493)
>Counsel for Mr. Gerald Spates
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>804-747-5200 - Phone
>804-747-6085 - Fax
>myork@hccw.com

Dated: May 24, 2021

/s/Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg (Va. Bar No. 77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org