**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,

        *Plaintiffs*,

    v.

ALEJANDRO MAYORKAS, *et al.*,

        *Defendants*.

Case No. 1:20-cv-00821 (LMB/JFA)

**JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE ON
MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III
(42 U.S.C. § 1983)**

The parties, by counsel, hereby jointly move this Court to set a briefing schedule for the filing of cross-motions for summary judgment on the threshold jurisdictional issue of whether Defendants Crawford, Immigration Centers of America-Farmville LLC, and Armor Correctional Health Services Inc. (collectively, "the Farmville Defendants") are subject to suit under 42 U.S.C. § 1983 (Counts II and III of the Amended Complaint). A Proposed Order is attached hereto.

In support of this request, the parties respectfully represent as follows:

1. Plaintiffs filed an Amended Complaint in this matter on October 19, 2020, pleading two causes of action under 42 U.S.C. § 1983 against the Farmville Defendants. (Dkt. No. 123 at ¶¶ 413-450.) On November 16, 2020, the Farmville Defendants filed motions to dismiss those causes of action, contending *inter alia* that they are not subject to suit under 42 U.S.C. § 1983. (Dkt. Nos. 133, 136.)

2.      On December 18, 2020, the Court denied these motions to dismiss without prejudice and ordered the parties to engage in a period of limited jurisdictional discovery relating to the issues raised in the motions.  (Dkt. No. 153.)  That period of limited jurisdictional discovery commenced on January 28, 2021, and ended on June 11, 2021.  (Dkt. Nos. 162, 180.)

3.      The parties now intend to cross-move for summary judgment on the threshold jurisdictional issue of whether the Farmville Defendants are subject to suit under 42 U.S.C. § 1983, and have agreed upon a proposed briefing schedule:

      a.      Cross-motions for summary judgment to be filed on or before Friday, July 16, 2021;

      b.      Memoranda in opposition to be filed on or before Friday, August 6, 2021;

      c.      No reply memoranda to be filed; and

      d.      Oral argument to be held at the convenience of the Court and the parties, on or after Friday, August 20, 2021.

4.      Finally, given the voluminous record in this case, with tens of thousands of pages of documents produced by the parties and over 20 hours of depositions taken, the parties respectfully request that they be allowed to file opening briefs of up to 50 pages in length each and responsive memoranda of 40 pages in length each.  This results in a total page length of 90 pages per motion, only 10 pages more than the usual number of pages provided by the Local Rules (30 + 30 + 20 = 80).

Dated: June 14, 2021                    Respectfully submitted,

Joseph D. West (Va. Bar No. 16834)
David Debold (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
Thomas J. McCormac IV
   (*pro hac vice*)
Blair Watler (*pro hac vice*)
Katherine King (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel: 202-955-8551
jwest@gibsondunn.com
ddebold@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com
bwatler@gibsondunn.com
kking@gibsondunn.com

By:  *//s// Simon Sandoval-Moshenberg*
Simon Sandoval-Moshenberg
  (Va. Bar No. 77110)
Kristin Donovan (Va. Bar No. 92207)
Granville Warner (Va. Bar. No. 24957)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org
kristin@justice4all.org
cwarner@justice4all.org

Sirine Shebaya (*pro hac vice*)
Amber Qureshi (*pro hac vice*)
NATIONAL IMMIGRATION PROJECT OF THE
   NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue, N.W., Suite 200
Washington, D.C. 20007
Tel: 617-227-9727
sirine@nipnlg.org
amber@nipnlg.org

 /s/ *John M. Erbach*
John M. Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Patricia Bugg Turner (VSB No. 72775)
Email: pturner@spottsfain.com
Kasey L. Hoare (VSB No. 92289)
khoare@spottsfain.com
Spotts Fain, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jeffrey Crawford and*
*Immigration Centers of America - Farmville, LLC*

 /s/ *Christopher S. Quirk*
Edward J. McNelis, III (VSB No. 34003)
emcnelis@sandsanderson.com
Christopher F. Quick (VSB No. 88238)

cquirk@sandsanderson.com
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
*Counsel for Armor Correctional Health Services, Inc.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this date, I uploaded the foregoing, along with all

attachments thereto, to this Court's CM/ECF system, which will send a Notice of Electronic Filing

(NEF) to all counsel of record.


Dated: June 14, 2021                      Respectfully submitted,


By:      *//s// Simon Sandoval-Moshenberg*
Simon Sandoval-Moshenberg
   (Va. Bar No. 77110)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org