IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

**[Proposed] ORDER GRANTING
JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE ON
MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III
(42 U.S.C. § 1983)**

Upon consideration of the parties' Joint Motion for Entry of a Briefing Schedule on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983) of the Amended Complaint, and for good cause shown, such motion is GRANTED. It is hereby ORDERED:

a. The parties shall file cross-motions for summary judgment, of up to 50 pages in length, no later than Friday, July 16, 2021;

b. The parties shall file memoranda in opposition, of up to 40 pages in length, no later than Friday, August 6, 2021;

c. No reply memoranda are to be filed; and

d. Oral argument is to be held at the convenience of the Court and the parties, on or after Friday, August 20, 2021.

It is SO ORDERED.

_____, J.       Date: _____
United States District Judge