IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,

    *Plaintiffs*,

v.

ALEJANDRO MAYORKAS, *et al.*,

    *Defendants*.

Case No. 1:20-cv-00821 (LMB/JFA)

ORDER GRANTING
JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE ON
MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III
(42 U.S.C. § 1983)

Upon consideration of the parties' Joint Motion for Entry of a Briefing Schedule on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983) of the Amended Complaint, and for good cause shown, such motion is GRANTED. It is hereby ORDERED:

    a. The parties shall file cross-motions for summary judgment, of up to 30 [~~50~~] pages in length, no later than Friday, July 16, 2021;

    b. The parties shall file memoranda in opposition, of up to 20 [~~40~~] pages in length, no later than Friday, August 6, 2021;

    c. No reply memoranda are to be filed; and

    d. Oral argument is to be held at the convenience of the Court and the parties, on ~~or after~~ Friday, August 27 [~~20~~], 2021, at 10:00 am.

/s/ _____
Leonie M. Brinkema
United States District Judge
6/15/21