IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,

    *Plaintiffs*,

v.

ALEJANDRO MAYORKAS, *et al.*,

    *Defendants*.

Case No. 1:20-cv-00821 (LMB/JFA)

**JOINT MOTION FOR ENTRY OF A REVISED BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III**

    The parties, by counsel, hereby jointly move this Court to revise the briefing schedule (ECF No. 184) on their motions for summary judgment related to Counts II and III of the Amended Complaint. A proposed order is attached hereto. In support of this request, the parties respectfully represent as follows:

    1.    By Joint Motion for Entry of a Briefing Schedule on Motions for Summary Judgment Relating to Counts II and II (42 U.S.C. § 1983), filed June 14, 2021, the Parties requested that the Court set a briefing schedule on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983). (ECF No. 183.)

    2.    By Order entered June 15, 2021, the Court set the briefing schedule as follows:

        a.    The parties shall file cross-motions for summary judgment no later than Friday, July 16, 2021; and

        b.    The parties shall file memoranda in opposition no later than Friday, August 6, 2021.

(ECF No. 184.)

    3.    A hearing on the motions is scheduled for September 10, 2021. (ECF No. 186.)

4. The parties to this motion are actively engaged in settlement discussions that may render the September 10 hearing moot.

5. The parties propose the following revised briefing schedule to allow for more time to engage in settlement discussions:

    a. The parties shall file cross-motions for summary judgment no later than Monday, August 2, 2021;

    b. The parties shall file memoranda in opposition no later than Friday, September 3, 2021; and

    c. As previously ordered (ECF No. 186), oral argument is to be held on September 10, 2021, at 10:00 a.m.

Wherefore, the parties respectfully request that the briefing schedule on their motions for summary judgment related to Counts II and III of the Amended Complaint be extended to the foregoing dates, or such other dates that suit the Court and parties.

Dated: July 8, 2021

Respectfully submitted,

By: /s// *Simon Sandoval-Moshenberg*

Joseph D. West (VSB No. 16834)
David Debold (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
Thomas J. McCormac IV
  (*pro hac vice*)
Blair Watler (*pro hac vice*)
Katherine King (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel: 202-955-8551
jwest@gibsondunn.com
ddebold@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com
bwatler@gibsondunn.com
kking@gibsondunn.com

Simon Sandoval-Moshenberg (VSB No. 77110)
Kristin Donovan (VSB No. 92207)
Granville Warner (VSB No. 24957)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org
kristin@justice4all.org
cwarner@justice4all.org

Sirine Shebaya (*pro hac vice*)
Amber Qureshi (*pro hac vice*)
NATIONAL IMMIGRATION PROJECT OF THE
  NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue, N.W., Suite 200
Washington, D.C. 20007
Tel: 617-227-9727
sirine@nipnlg.org
amber@nipnlg.org

/s/ *Kasey L. Hoare*
John M. Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Patricia Bugg Turner (VSB No. 72775)
Email: pturner@spottsfain.com
Kasey L. Hoare (VSB No. 92289)
khoare@spottsfain.com
Spotts Fain, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jeffrey Crawford and Immigration Centers of America - Farmville, LLC*

/s/ *Christopher S. Quirk*
Edward J. McNelis, III (VSB No. 34003)
emcnelis@sandsanderson.com
Christopher F. Quick (VSB No. 88238)
cquirk@sandsanderson.com
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
*Counsel for Armor Correctional Health Services, Inc.*