IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

**[Proposed] ORDER GRANTING
JOINT MOTION FOR ENTRY OF A REVISED BRIEFING SCHEDULE
ON MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III**

Upon consideration of the parties' Joint Motion for Entry of a Revised Briefing Schedule on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983) of the Amended Complaint, and for good cause shown, such motion is GRANTED.  It is hereby ORDERED:

a. The parties shall file cross-motions for summary judgment, of up to 30 pages in length, no later than Monday, August 2, 2021;

b. The parties shall file memoranda in opposition, of up to 20 pages in length, no later than Friday, September 3, 2021; and

c. As previously ordered (ECF No. 186), oral argument is to be held on September 10, 2021, at 10:00 a.m.

It is SO ORDERED.

_____, J.          Date: _____
United States District Judge