IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,

    *Plaintiffs*,

v.

ALEJANDRO MAYORKAS, *et al.*,

    *Defendants*.

Case No. 1:20-cv-00821 (LMB/JFA)

## ORDER GRANTING
## JOINT MOTION FOR ENTRY OF A REVISED BRIEFING SCHEDULE
## ON MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III

Upon consideration of the parties' Joint Motion for Entry of a Revised Briefing Schedule on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983) of the Amended Complaint, and for good cause shown, such motion is GRANTED. It is hereby ORDERED:

    a. The parties shall file cross-motions for summary judgment, of up to 30 pages in length, no later than Monday, August 2, 2021;

    b. The parties shall file memoranda in opposition, of up to 20 pages in length, no later than Friday, September 3, 2021; and

    c. As previously ordered (ECF No. 186), oral argument is to be held on September 10, 2021, at 10:00 a.m.

It is SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Date: July 8, 2021