IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

## JOINT MOTION TO STAY BRIEFING AND CONTINUE THE HEARING ON MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III

Plaintiffs and Defendants Immigration Centers of America - Farmville, LLC and Jeffrey Crawford ("Farmville Defendants" or collectively with Plaintiffs, the "Settling Parties"), by counsel, hereby jointly move this Court to stay briefing on their motions for summary judgment related to Counts II and III of the Amended Complaint (42 U.S.C. § 1983) (the "Motions") and continue the hearing on the Motions, currently scheduled for September 10, 2021. A proposed order is attached hereto. In support of this request, the parties respectfully represent as follows:

1.  By Joint Motion for Entry of a Briefing Schedule on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983), filed June 14, 2021, the Parties requested that the Court set a briefing schedule on their Motions. (ECF No. 183.)

2.  By Order entered June 15, 2021, the Court set a briefing schedule on the Motions. (ECF No. 184.)

3.  By Order entered on June 21, 2021, the Court scheduled the hearing on the Motions for September 10, 2021. (ECF No. 186.)

1

4. By Joint Motion for Entry of a Revised Briefing Schedule on Motions for Summary Judgment Relating to Counts II and III, filed July 8, 2021, the parties requested that the Court revise the previously set briefing schedule on their Motions. (ECF No. 187.)

5. By Order entered June 15, 2021, the Court set a revised briefing schedule on the Motions. (ECF No. 188.)

6. The Settling Parties have resolved in principle all matters in this litigation as between and among them and require a brief period of not more than thirty (30) days to effectuate a settlement agreement.

7. Defendant Armor Correctional Health Services, Inc. does not oppose this motion.

WHEREFORE, the Settling Parties respectfully request that the briefing schedule on the motions for summary judgment related to Counts II and III of the Amended Complaint be stayed and that the hearing on their motions for summary judgment related to Counts II and III of the Amended Complaint be continued.

Dated: July 23, 2021                                        Respectfully submitted,

Joseph D. West (VSB No. 16834)
David Debold (*pro hac vice*)
Naima L. Farrell (*pro hac vice*)
Thomas J. McCormac IV
   (*pro hac vice*)
Blair Watler (*pro hac vice*)
Katherine King (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel: 202-955-8551
jwest@gibsondunn.com
ddebold@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com
bwatler@gibsondunn.com
kking@gibsondunn.com

By: *//s//*
Simon Sandoval-Moshenberg (VSB No. 77110)
Kristin Donovan (VSB No. 92207)
Granville Warner (VSB No. 24957)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-778-3450
simon@justice4all.org
kristin@justice4all.org
cwarner@justice4all.org

Sirine Shebaya (*pro hac vice*)
Amber Qureshi (*pro hac vice*)
NATIONAL IMMIGRATION PROJECT OF THE
   NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue, N.W., Suite 200
Washington, D.C. 20007
Tel: 617-227-9727
sirine@nipnlg.org
amber@nipnlg.org

/s/ *Kasey L. Hoare*
John M. Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Patricia Bugg Turner (VSB No. 72775)
Email: pturner@spottsfain.com
Kasey L. Hoare (VSB No. 92289)
khoare@spottsfain.com
Spotts Fain, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000
(804) 697-2100 (Facsimile)
*Counsel for Defendants Jeffrey Crawford and Immigration Centers of America - Farmville, LLC*