IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 (LMB/JFA) |

### ORDER GRANTING
### JOINT MOTION TO STAY BRIEFING AND CONTINUE THE HEARING
### ON MOTIONS FOR SUMMARY JUDGMENT RELATING TO COUNTS II AND III

Upon consideration of the parties' Joint Motion to Stay Briefing and Continue the Hearing on Motions for Summary Judgment Relating to Counts II and III (42 U.S.C. § 1983) of the Amended Complaint, and for good cause shown, such motion is GRANTED. It is hereby ORDERED:

   a. The briefing schedule on the motions for summary judgment relating to Counts II and III of the Amended Complaint (42 U.S.C. § 1983) (ECF No. 188) is hereby STAYED with respect to motions between Plaintiffs and Defendants Immigration Centers of America - Farmville, LLC, Jeffrey Crawford, and Armor Correctional Health Services, Inc.; and

   b. The hearing on the motions for summary judgment relating to Counts II and III of the Amended Complaint (42 U.S.C. § 1983) currently scheduled for September 10, 2021 (ECF No. 186), is hereby CONTINUED with respect to Defendants

Immigration Centers of America - Farmville, LLC, Jeffrey Crawford, and Armor Correctional Health Services, Inc..

It is SO ORDERED.

Date: July 27, 2021

/s/ *signature*
Leonie M. Brinkema
United States District Judge