IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-00821 (LBM/JFA) |

## ORDER DISMISSING DEFENDANTS IMMIGRATION CENTERS OF AMERICA – FARMVILLE, LLC AND JEFFREY CRAWFORD

The Court, having considered the Joint Stipulation of Plaintiffs and Defendants Immigration Centers of America – Farmville, LLC and Jeffrey Crawford, hereby ORDERS that the Plaintiffs' claims against Defendants Immigration Centers of America – Farmville, LLC and Jeffrey Crawford are dismissed with prejudice, with these parties bearing their own costs and attorneys' fees. Nothing in this order shall be understood to prohibit Plaintiffs from later seeking attorneys' fees and costs related to this action from the Federal Defendants.

Dated: September 9, 2021

/s/
Leonie M. Brinkema
United States District Judge