IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTIAN ALBERTO SANTOS GARCIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-00821 (LBM/JFA) |

## ORDER DISMISSING DEFENDANT ARMOR

The Court, having considered the Joint Stipulation of Plaintiffs and Defendant Armor Correctional Health Services, Inc., hereby ORDERS that:

1. The Plaintiffs' claims against Defendant Armor Correctional Health Services, Inc. are hereby dismissed with prejudice.

2. Defendant Armor Correctional Health Services, Inc. shall not oppose any efforts by the Plaintiffs to continue pursuing declaratory or injunctive relief in this action against Alejandro Mayorkas, in his official capacity as Secretary of the U.S. Department of Homeland Security; Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and Shawn Byers, in his official capacity as Field Office Director, Washington Field Office, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement (the "Federal Defendants").

3. The Plaintiffs and Armor Correctional Health Services, Inc. are to pay their own fees and costs. Nothing in this order shall be understood to prohibit Plaintiffs from later seeking attorneys' fees and costs related to this action from the Federal Defendants.

Dated: September 9, 2021

/s/
Leonie M. Brinkema
United States District Judge