AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| Christian Alberto Santos Garcia, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-821 (LMB/JFA) |
| Alejandro Mayorkas, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 10/06/2021

//s//
*Attorney's signature*

Jennifer Kwon, VA Bar No. 71175
*Printed name and bar number*

Legal Aid Justice Center
626 East Broad Street, Suite 200
Richmond, VA 23219
*Address*

jennifer@justice4all.org
*E-mail address*

(804) 521-7318
*Telephone number*

(804) 643-2059
*FAX number*